**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**HENRY V. IVEY, et al.**                                                                       **PLAINTIFFS**

**v.**                                                                          **CIVIL ACTION NO. 2:16-CV-51-KS-MTP**

**ANTHONY P. VASQUEZ, et al.**                                                      **DEFENDANTS**

**ORDER**

On April 24, 2017, Defendants ("Movants") filed their Motion to Enforce Settlement Agreements [91]. Plaintiffs ("Respondents") have until on or before **May 8, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **May 15, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the   25th   day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　   s/Keith Starrett
　　　　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE